**Order entered July 18, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-00706-CR
No. 05-17-00707-CR
No. 05-17-00708-CR
No. 05-17-00712-CR
No. 05-17-00713-CR
No. 05-17-00714-CR
No. 05-17-00715-CR

**DOUGLAS LEE LEGUIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 380-82880-2014, 380-82881-2014, 380-82882-2014, 380-82883-2014,**
**380-82884-2014, 380-82885-2014 & 380-82886-2014**

## ORDER

We **REINSTATE** these appeals.

On June 29, 2017, we ordered the trial court to conduct a hearing to determine whether appellant is entitled to court-appointed counsel in these appeals. By letter dated June 30, 2017, Jessie R. Allen informed the Court of his appointment. We **DIRECT** the Clerk to add Jessie R. Allen as appellant's appointed attorney of record.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.


/s/    LANA MYERS
        JUSTICE